Erik S. Bakke, Sr.
WSBA No. 18476
Johnson, Gaukroger, Drewelow
& Woolett, P.S.
139 South Worthen, P.O. Box 19
Wenatchee, WA 98807
Telephone: 509-663-0031
Facsimile: 509-663-6003
Website: jgdwlaw.com
Email: erikb@jgdwlaw.com

HON. PATRICIA C. WILLIAMS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| IN RE: PAUL A. CHRISTENSEN AND PATRICIA J. CHRISTENSEN, Debtors. | Case No. 08-00245-PCW7<br>Chapter 7 |
| FIRST EQUITY CARD CORPORATION, Plaintiff,<br>v.<br>PAUL A. CHRISTENSEN, Defendant. | **COMPLAINT SEEKING EXCEPTION TO DISCHARGE PURSUANT TO 11 U.S.C. §523(a)(2)(A)**<br>A.P. No. 08-______________<br>Hon. Patricia C. Williams |

The Plaintiff, First Equity Card Corporation, by its attorney, for its Complaint against the Defendant, alleges as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and §157, and this matter is a core proceeding pursuant to 28 U.S.C. §157.

2. The Debtors filed a Petition, and an Order for Relief was entered under 11 U.S.C. Chapter 7 on January 27, 2008.

3. At all times mentioned herein, the Defendant, Paul A. Christensen, had possession of a First Equity Card Corporation credit account, number 4988-8200-0736-7542.

4. On May 28, 2007, the account was in good standing and the balance on the abovementioned account was zero.

5. Between May 29, 2008 and September 19, 2007, the Defendant took cash advances and made purchases on this account totaling $4,948.49. See copies of account statements, attached hereto and incorporated herein, marked Exhibit A.

6. The Defendant's charges set forth in Exhibit A, included but were not limited to: cash advances totaling $3,636.50; and charges at the Leather Factory totaling $876.54. See copies of account statements, attached hereto and incorporated herein, marked Exhibit A.

7. On December 27, 2007, the Debtors paid their attorney towards their bankruptcy filing fee and/or bankruptcy legal fees.

8. On January 4, 2008, the Debtors obtained counseling in furtherance of Sections 109(h) and 111 of the Bankruptcy Code.

9. On January 27, 2008, the Debtors' Chapter 7 bankruptcy was actually filed with the Court.

10. Although required by the Official Bankruptcy Forms, the Debtors failed to list in their sworn Schedule F, the dates when most of their unsecured debts were incurred, except for two.

11. Therefore, regarding the information referred to in the above paragraph, the Debtors either intentionally concealed from or inadvertently failed to disclose such information to the Court, the U.S. Trustee, the Trustee, and their creditors, or the Debtors failed to maintain their financial records and do not have such information available to include in their sworn Schedules.

12. Although required by the Official Bankruptcy Forms, the Debtors failed to list in their sworn Schedule F, the consideration received for most of their unsecured debts, except for the word "charges", which they set forth for each unsecured debt therein, except for two.

//

13. Therefore, regarding the information referred to in the above paragraph, the Debtors either intentionally concealed from or inadvertently failed to disclose such information to the Court, the U.S. Trustee, the Trustee, and their creditors, or the Debtors failed to maintain their financial records and do not have such information available to include in their sworn Schedules.

14. Pursuant to the Debtors' sworn Statement of Financial Affairs, in the year prior to and up through the Debtors' bankruptcy filing, the Debtors did not suffer any losses from fire, theft, or gambling.

15. Pursuant to the Debtors' sworn Statement of Financial Affairs, in the year prior to and up through the Debtors' bankruptcy filing, the Debtors did not have any property repossessed, sold at foreclosure, or transferred through a deed in lieu of foreclosure.

16. Pursuant to the Debtors' sworn Schedule I, at the time of the bankruptcy filing, the Debtor-Husband was been employed by Humanix as a temporary laborer.

17. Pursuant to the Debtors' sworn Schedule I, at the time of the bankruptcy filing, the Debtor-Wife was employed by Napa Auto Parts in purchasing.

18. Pursuant to the Debtors' sworn Schedule I, the Debtors' monthly net income was approximately $2,986.18.

19. Pursuant to the Debtors' sworn Schedule J, the Debtors' average monthly household living expenses were approximately $2,981.18.

20. The minimum monthly payments on the Debtors' $88,626.16 of unsecured debt (based upon minimum monthly payments estimated at between 2% and 3% of the outstanding principal balances on their total unsecured debt) were between $1,700.00 and $2,700.00 each month.

21. Given the Debtors' monthly net income, monthly living expenses, and circumstances as set forth in their sworn Schedules and sworn Statement of Financial Affairs, the Debtors' monthly disposable income was not sufficient to pay

//

even the minimum monthly payments on their unsecured debt which was in excess of $88,000.00.

22. When the Defendant accepted and opened this credit account with the Plaintiff, he agreed to abide by the terms set forth in the account agreement.

23. The Defendant's use of this account was governed by the terms of the account agreement.

24. At the time the Defendant incurred the abovementioned $4,948.49 in charges on this account, the Defendant represented that he had the intention and ability to repay said debt to the Plaintiff pursuant to the terms of the account agreement.

25. At the time the Defendant incurred the abovementioned $4,948.49 in charges on this account, the Defendant represented that he agreed to abide by the terms of the account agreement.

26. The dates when and the places where the Defendant made the abovementioned representations, are listed in the account statements marked Exhibit A, and attached hereto.

27. The Plaintiff relied upon the Defendant's representations of intent and ability to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement in allowing the Defendant to use this account and incur the charges between May 29, 2007 and September 19, 2007, as set forth in Exhibit A, attached hereto.

28. The Defendant did not advise the Plaintiff that he would be unable to honor the above representations or that he would be unable to abide by the terms of the account agreement at the time that he made the representations and made the charges set forth in Exhibit A, attached hereto.

29. The Plaintiff was justified in its reliance upon the Defendant's representations of intent and ability to repay the Plaintiff pursuant to the terms of the

//



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 4 of 20

account agreement and representations of agreement to abide by the terms of the account agreement.

30. The Defendant incurred the abovementioned $4,948.49 in charges on the Plaintiff's account at a time when the Defendant was unable to meet his existing financial obligations as they became due.

31. Based upon all of the above, at the time the Defendant incurred the abovementioned $4,948.49 in charges, the Defendant intended to deceive the Plaintiff in that he either had no intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement or the Defendant knew or should have known that he had no ability to repay said debt to the Plaintiff pursuant to the terms of the account agreement.

32. Based upon all of the above, at the time the Defendant incurred the abovementioned $4,948.49 in charges, the Defendant intended to deceive the Plaintiff in that he made such representations of intent and ability to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement with a reckless disregard as to the truthfulness of said representations.

33. Therefore, the Defendant obtained said money from the Plaintiff by false pretenses, false representation, or actual fraud, and at the time of filing, the debt owed to the Plaintiff was in the amount of $5,209.89, and for the above reasons, this indebtedness to Plaintiff, First Equity Card Corporation, is nondischargeable in bankruptcy pursuant to 11 U.S.C. §523(a)(2)(A).

**WHEREFORE,** Plaintiff, First Equity Card Corporation, respectfully prays that this Court:

A. Determine that the Defendant's indebtedness to the Plaintiff is an exception to discharge pursuant to 11 U.S.C. §523(a)(2)(A),

B. Grant judgment to the Plaintiff, First Equity Card Corporation, against the Defendant, Paul A. Christensen, in the amount of $5,209.89, plus the $250.00

Adversary Proceeding filing fee, for a total of $5,459.89, plus interest from the date of the bankruptcy filing, plus the Plaintiff's attorney's fees, other costs, and disbursements incurred for the collection of this debt and of this action as permitted by applicable law, and

C. Grant the Plaintiff such other and further relief as to this Court seems just and proper.

Dated: April 28, 2008

/s/ Erik S. Bakke, Sr.
Erik S. Bakke, Sr., Esq., WSBA No. 18476
Attorney for Plaintiff
Johnson, Gaukroger, Drewelow & Woolett, P.S.
139 South Worthen, P.O. Box 19
Wenatchee, WA 98807
Telephone: 509-663-0031
Facsimile: 509-663-6003
Email: erikb@jgdwlaw.com

FIRST EQUITY

| | |
|---|---|
| **Account Number** | 4988-8200-0736-7542 |
| **Payment Due Date** | JUL 16, 2007 |
| **Amount Due** | $47.00 |
| **Current Balance** | $869.88 |

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

FIRST EQUITY CARD CORP
PO BOX 23029
COLUMBUS GA 31902-3029

Amount Enclosed $

RAINBOW WORKS
2512 E SOUTH RIVERTON AVE APT 8
SPOKANE WA 99207-5485

000000

4988820007367542 000047005 000869885

Please detach and return with your payment

## CARDHOLDER NEW ACTIVITY SUMMARY

| | Purchases and Other Debits | Cash Advances | Credits | Total Activity |
|---|---|---|---|---|
| **PAUL A CHRISTENSEN** 4988-8200-0736-7559 Credit Limit $5,000 | $415.69 | $448.00 | $0.00 | $863.69 |

## FINANCE CHARGE SUMMARY

| | Average Daily Balance | Annual Percentage Rate | Corresponding Daily Periodic Rate | Periodic Finance Charge |
|---|---|---|---|---|
| PURCHASES | $0.00 | 22.32% | 0.0620% | $0.00 |
| CASH ADVANCES | $269.22 | 24.32% | 0.0676% | $6.19 |

MARKETING MESSAGES

Congratulations! You are now enrolled in First Equity's Cash-Back Rewards Program.
You can start earning First Equity Cash Rewards at hundreds of merchants immediately! Log in to www.firstequitycard.com and click on the Cash Back Rewards Mall to learn more.

-

## CORPORATE ACCOUNT ACTIVITY

***RAINBOW WORKS***
4988-8200-0736-7542

***TOTAL CORPORATE ACTIVITY***
$6.19

| *Post Date* | *Tran Date* | *Reference Number* | *Transaction Description* | *Amount* |
|---|---|---|---|---|
| 06-20 | 06-20 | | CASH * FINANCE CHARGE * | 6.19 |

**For Customer Service, Call:**

1-866-756-7870

or

1-706-644-0854

**Send Billing Inquiries to:**

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

**Account Number**

4988-8200-0736-7542

| *Statement Date* | *Payment Due Date* |
|---|---|
| JUN 20, 2007 | JUL 16, 2007 |
| ***Credit Limit*** | ***Available Credit*** |
| $5,000 | $4,130.12 |
| ***Amount Due*** | ***Disputed Amount*** |
| $47.00 | $0.00 |

**Account Summary**

| | |
|---|---|
| Previous Balance | $0.00 |
| Purchases & Other Charges | $375.69 |
| Cash Advances | $448.00 |
| Cash Advance Fees | $40.00 |
| Late Charge | $0.00 |
| Finance Charges | $6.19 |
| Credits | $0.00 |
| Payments | $0.00 |
| New Balance | $869.88 |

EXHIBIT A



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 7 of 20

FIRST EQUITY

| | | | |
|---|---|---|---|
| Statement Date | JUN 20, 2007 | Payment Due Date | JUL 16, 2007 |
| Credit Limit | $5,000 | Amount Due | $47.00 |
| Cash Advance Balance | $0.00 | New Balance | $869.88 |
| Available Credit | $4,130.12 | | |

**RAINBOW WORKS**

4988-8200-0736-7542

## CARDHOLDER ACTIVITY

| ***PAUL A CHRISTENSEN*** 4988-8200-0736-7559 | ***PURCHASES*** | ***CASH ADVANCES*** | ***CREDITS*** | ***TOTAL ACTIVITY*** |
|---|---|---|---|---|
| | $415.69 | $448.00 | $0.00 | $863.69 |

| ***Post Date*** | ***Tran Date*** | ***Reference Number*** | ***Transaction Description*** | ***Amount*** |
|---|---|---|---|---|
| 05-30 | 05-29 | 74088097149893598031538 | BANK OF AMERIC/*E 3009 OLSPOKANE WA | 202.00 |
| 05-30 | 05-30 | 74088097149893598031538 | CASH ADVANCE FEE | 10.00 |
| 05-31 | 05-30 | 24761977150273153010011 | LEATHER FACTORY 09 5093289939 WA | 90.76 |
| | | | ORD:070530 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000 | |
| 06-01 | 05-31 | 24761977151273154010027 | LEATHER FACTORY 09 5093289939 WA | 80.80 |
| | | | ORD:070531 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000 | |
| 06-05 | 06-04 | 24761977155273157010038 | LEATHER FACTORY 09 5093289939 WA | 23.50 |
| | | | ORD:070604 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000 | |
| 06-05 | 06-04 | 74088107155590617037839 | WASHINGTON MUT/E. 525 FRASPOKANE WA | 102.00 |
| 06-05 | 06-05 | 74088107155590617037839 | CASH ADVANCE FEE | 10.00 |
| 06-05 | 06-04 | 74089077156561079333654 | ILLINOIS A/1403 E. ILLINOSPOKANE WA | 82.00 |
| 06-05 | 06-05 | 74089077156561079333654 | CASH ADVANCE FEE | 10.00 |
| 06-11 | 06-08 | 24761977159273161010012 | LEATHER FACTORY 09 5093289939 WA | 37.04 |
| | | | ORD:070608 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000 | |
| 06-11 | 06-08 | 24625127160471287011253 | CHEVRON 00200407 SPOKANE WA | 37.00 |
| | | | SRV:S PRTP:1 TYPE:04 UNIT:3.3590 UMSRE:G QTY:11.0150 GRSS:37.00 VTX:0000 LSTX:5.78 TIME:0:00 BANKNET:167159595<br>MRCHNT:000000020040700 NETFP:37.00 GNFP:0.00<br>MISCELLANEOUS FUEL TAX 5.78<br>MISCELLANEOUS NON-FUEL TAX 0.00<br>FEDERAL EXCISE NON-FUEL TAX 0.00<br>FEDERAL EXCISE FUEL TAX 0.00<br>STATE MOTOR FUEL TAX 0.00<br>COUNTY FUEL SALES TAX 0.00<br>NON-FUEL STATE AND LOCAL SALES TAX 0.00<br>COUNTY MOTOR FUEL TAX 0.00<br>CITY SALES FUEL TAX 0.00<br>CITY MOTOR FUEL TAX 0.00<br>SECONDARY STATE FUEL TAX 0.00<br>FEDERAL SALES TAX 0.00 | |
| 06-11 | 06-09 | 24761977160273162010018 | LEATHER FACTORY 09 5093289939 WA | 69.58 |
| | | | ORD:070609 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000 | |
| 06-11 | 06-10 | 74089077162561026513707 | ILLINOIS A/1403 E. ILLINOSPOKANE WA | 62.00 |
| 06-11 | 06-11 | 74089077162561026513707 | CASH ADVANCE FEE | 10.00 |
| 06-20 | 06-19 | 24625127170471370792775 | CHEVRON 00091305 SPOKANE WA | 37.01 |
| | | | SRV:S PRTP:1 TYPE:04 UNIT:3.2590 UMSRE:G QTY:11.3560 GRSS:37.01 VTX:0000 LSTX:5.95 TIME:0:00 BANKNET:167170571<br>MRCHNT:000000009130500 NETFP:37.01 GNFP:0.00<br>MISCELLANEOUS FUEL TAX 5.95<br>MISCELLANEOUS NON-FUEL TAX 0.00<br>FEDERAL EXCISE NON-FUEL TAX 0.00<br>FEDERAL EXCISE FUEL TAX 0.00<br>STATE MOTOR FUEL TAX 0.00<br>COUNTY FUEL SALES TAX 0.00<br>NON-FUEL STATE AND LOCAL SALES TAX 0.00<br>COUNTY MOTOR FUEL TAX 0.00<br>CITY SALES FUEL TAX 0.00<br>CITY MOTOR FUEL TAX 0.00<br>SECONDARY STATE FUEL TAX 0.00<br>FEDERAL SALES TAX 0.00 | |



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 8 of 20

FIRST EQUITY

| | |
|---|---|
| **Account Number** | 4988-8200-0736-7542 |
| **Payment Due Date** | AUG 13, 2007 |
| **Amount Due** | $54.00 |
| **Current Balance** | $2,028.49 |

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

FIRST EQUITY CARD CORP
PO BOX 23029
COLUMBUS GA 31902-3029

Amount Enclosed $

RAINBOW WORKS
2512 E SOUTH RIVERTON AVE APT 8
SPOKANE WA 99207-5485

000000

4988820007367542 000054005 002028497

Please detach and return with your payment

## CARDHOLDER NEW ACTIVITY SUMMARY

| | Purchases and Other Debits | Cash Advances | Credits | Total Activity |
|---|---|---|---|---|
| **PAUL A CHRISTENSEN**<br>4988-8200-0736-7559<br>Credit Limit $5,000 | $292.61 | $906.50 | $0.00 | $1,199.11 |

## FINANCE CHARGE SUMMARY

| | Average Daily Balance | Annual Percentage Rate | Corresponding Daily Periodic Rate | Periodic Finance Charge |
|---|---|---|---|---|
| PURCHASES | $548.54 | 22.32% | 0.0620% | $10.20 |
| CASH ADVANCES | $951.91 | 24.32% | 0.0676% | $19.30 |

MARKETING MESSAGES

Congratulations! You are now enrolled in First Equity's Cash-Back Rewards Program.
You can start earning First Equity Cash Rewards at hundreds of merchants immediately! Log in to www.firstequitycard.com and click on the Cash Back Rewards Mall to learn more.

-

**For Customer Service, Call:**

1-866-756-7870

or

1-706-644-0854

**Send Billing Inquiries to:**

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

**Account Number**

4988-8200-0736-7542

| | |
|---|---|
| ***Statement Date*** | ***Payment Due Date*** |
| JUL 20, 2007 | AUG 13, 2007 |
| ***Credit Limit*** | ***Available Credit*** |
| $5,000 | $2,971.51 |
| ***Amount Due*** | ***Disputed Amount*** |
| $54.00 | $0.00 |

**Account Summary**

| | |
|---|---|
| Previous Balance | $869.88 |
| Purchases & Other Charges | $250.55 |
| Cash Advances | $906.50 |
| Cash Advance Fees | $42.06 |
| Late Charge | $0.00 |
| Finance Charges | $29.50 |
| Credits | $0.00 |
| Payments | $70.00 |
| New Balance | $2,028.49 |



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 9 of 20

FIRST EQUITY

| | | | |
|---|---|---|---|
| Statement Date | JUL 20, 2007 | Payment Due Date | AUG 13, 2007 |
| Credit Limit | $5,000 | Amount Due | $54.00 |
| Cash Advance Balance | $0.00 | New Balance | $2,028.49 |
| Available Credit | $2,971.51 | | |

**RAINBOW WORKS**

4988-8200-0736-7542

## CORPORATE ACCOUNT ACTIVITY

***RAINBOW WORKS***
4988-8200-0736-7542

***TOTAL CORPORATE ACTIVITY***
$40.50CR

| *Post Date* | *Tran Date* | *Reference Number* | *Transaction Description* | *Amount* |
|---|---|---|---|---|
| 07-12 | 07-12 | 00003600067 | PAYMENT RECEIVED -- THANK YOU | 70.00 CR |
| 07-20 | 07-20 | | PURCHASE *FINANCE CHARGE* | 10.20 |
| 07-20 | 07-20 | | CASH * FINANCE CHARGE * | 19.30 |

## CARDHOLDER ACTIVITY

| ***PAUL A CHRISTENSEN*** | ***PURCHASES*** | ***CASH ADVANCES*** | ***CREDITS*** | ***TOTAL ACTIVITY*** |
|---|---|---|---|---|
| 4988-8200-0736-7559 | $292.61 | $906.50 | $0.00 | $1,199.11 |

| *Post Date* | *Tran Date* | *Reference Number* | *Transaction Description* | *Amount* |
|---|---|---|---|---|
| 06-21 | 06-20 | 24761977171273171010022 | LEATHER FACTORY 09 5093289939 WA | 70.49 |
| | | | ORD:070620 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000 | |
| 06-25 | 06-23 | 74088157174891631427895 | WASHINGTON STA/4202 E SPRSPOKANE WA | 120.50 |
| 06-25 | 06-25 | 74088157174891631427895 | CASH ADVANCE FEE | 10.00 |
| 06-27 | 06-26 | 24761977177273176010013 | LEATHER FACTORY 09 5093289939 WA | 17.10 |
| | | | ORD:070626 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000 | |
| 06-27 | 06-26 | 74088097177893594601552 | BANK OF AMERIC/*E 30 WELLSPOKANE WA | 262.00 |
| 06-27 | 06-27 | 74088097177893594601552 | CASH ADVANCE FEE | 10.00 |
| 07-02 | 06-28 | 24625127180471454875494 | CHEVRON 00090580 VERADALE WA | 29.00 |
| | | | SRV:S PRTP:1 TYPE:04 UNIT:3.1790 UMSRE:G QTY:9.1230 GRSS:29.00 VTX:0000 LSTX:4.22 TIME:0:00 BANKNET:087179594 | |
| | | | MRCHNT:000000009058000 NETFP:29.00 GNFP:0.00 | |
| | | | MISCELLANEOUS FUEL TAX 4.22 | |
| | | | MISCELLANEOUS NON-FUEL TAX 0.00 | |
| | | | FEDERAL EXCISE NON-FUEL TAX 0.00 | |
| | | | FEDERAL EXCISE FUEL TAX 0.00 | |
| | | | STATE MOTOR FUEL TAX 0.00 | |
| | | | COUNTY FUEL SALES TAX 0.00 | |
| | | | NON-FUEL STATE AND LOCAL SALES TAX 0.00 | |
| | | | COUNTY MOTOR FUEL TAX 0.00 | |
| | | | CITY SALES FUEL TAX 0.00 | |
| | | | CITY MOTOR FUEL TAX 0.00 | |
| | | | SECONDARY STATE FUEL TAX 0.00 | |
| | | | FEDERAL SALES TAX 0.00 | |
| 07-03 | 07-01 | 24164077183292014380101 | SAFEWAY STORE00003426 SPOKANE WA | 31.01 |
| 07-05 | 07-03 | 24625127185471499964332 | CHEVRON 00096212 KENNEWICK WA | 25.00 |
| | | | SRV:S PRTP:1 TYPE:04 UNIT:3.2590 UMSRE:G QTY:7.6700 GRSS:25.00 VTX:0000 LSTX:4.17 TIME:0:00 BANKNET:167184674 | |
| | | | MRCHNT:000000009621200 NETFP:25.00 GNFP:0.00 | |
| | | | MISCELLANEOUS FUEL TAX 4.17 | |
| | | | MISCELLANEOUS NON-FUEL TAX 0.00 | |
| | | | FEDERAL EXCISE NON-FUEL TAX 0.00 | |
| | | | FEDERAL EXCISE FUEL TAX 0.00 | |
| | | | STATE MOTOR FUEL TAX 0.00 | |
| | | | COUNTY FUEL SALES TAX 0.00 | |
| | | | NON-FUEL STATE AND LOCAL SALES TAX 0.00 | |
| | | | COUNTY MOTOR FUEL TAX 0.00 | |
| | | | CITY SALES FUEL TAX 0.00 | |
| | | | CITY MOTOR FUEL TAX 0.00 | |



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 10 of 20

FIRST EQUITY

| | | | |
|---|---|---|---|
| Statement Date | JUL 20, 2007 | Payment Due Date | AUG 13, 2007 |
| Credit Limit | $5,000 | Amount Due | $54.00 |
| Cash Advance Balance | $0.00 | New Balance | $2,028.49 |
| Available Credit | $2,971.51 | | |

**RAINBOW WORKS**

4988-8200-0736-7542

## CARDHOLDER ACTIVITY

SECONDARY STATE FUEL TAX 0.00
FEDERAL SALES TAX 0.00

07-09 07-06 24625127187471515801730 CHEVRON 00095314 TROUTDALE OR 34.17
SRV:F PRTP:1 TYPE:04 UNIT:3.0990 UMSRE:G QTY:11.0270 GRSS:34.17 VTX:0000 LSTX:5.00 TIME:0:00 BANKNET:167187558
MRCHNT:000000009531400 NETFP:34.17 GNFP:0.00
MISCELLANEOUS FUEL TAX 5.00
MISCELLANEOUS NON-FUEL TAX 0.00
FEDERAL EXCISE NON-FUEL TAX 0.00
FEDERAL EXCISE FUEL TAX 0.00
STATE MOTOR FUEL TAX 0.00
COUNTY FUEL SALES TAX 0.00
NON-FUEL STATE AND LOCAL SALES TAX 0.00
COUNTY MOTOR FUEL TAX 0.00
CITY SALES FUEL TAX 0.00
CITY MOTOR FUEL TAX 0.00
SECONDARY STATE FUEL TAX 0.00
FEDERAL SALES TAX 0.00

07-16 07-13 74088097194893546331505 BANK OF AMERIC/*N 2716 ARSPOKANE WA 402.00
07-16 07-16 74088097194893546331505 CASH ADVANCE FEE 12.06
07-17 07-16 24761977197273192010019 LEATHER FACTORY 09 5093289939 WA 43.78
ORD:070716 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000
07-19 07-18 72713687199631154048031 BANK OF AMERIC/*N 2716 ARSPOKANE WA 122.00
07-19 07-19 72713687199631154048031 CASH ADVANCE FEE 10.00



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 11 of 20

FIRST EQUITY

| | |
|---|---|
| **Account Number** | 4988-8200-0736-7542 |
| **Payment Due Date** | SEP 13, 2007 |
| **Amount Due** | $177.00 |
| **Current Balance** | $4,761.19 |

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

Amount Enclosed $ .

FIRST EQUITY CARD CORP
PO BOX 23029
COLUMBUS GA 31902-3029

RAINBOW WORKS
2512 E SOUTH RIVERTON AVE APT 8
SPOKANE WA 99207-5485

000000

4988820007367542 000177007 004761190

Please detach and return with your payment

## CARDHOLDER NEW ACTIVITY SUMMARY

| PAUL A CHRISTENSEN 4988-8200-0736-7559 Credit Limit $5,000 | Purchases and Other Debits | Cash Advances | Credits | Total Activity |
|---|---|---|---|---|
| | $611.93 | $2,118.50 | $0.00 | $2,730.43 |

## FINANCE CHARGE SUMMARY

| | Average Daily Balance | Annual Percentage Rate | Corresponding Daily Periodic Rate | Periodic Finance Charge |
|---|---|---|---|---|
| PURCHASES | $963.61 | 22.32% | 0.0620% | $18.52 |
| CASH ADVANCES | $2,565.07 | 24.32% | 0.0676% | $53.75 |

## MARKETING MESSAGES

Congratulations! You are enrolled in First Equity's Cash-Back Rewards Program. You can start earning First Equity Cash Rewards at hundreds of merchants immediately! Log in to www.firstequitycard.com and click on the Cash Back Rewards Mall to learn more.

## CORPORATE ACCOUNT ACTIVITY

***RAINBOW WORKS***
4988-8200-0736-7542

***TOTAL CORPORATE ACTIVITY***
$2.27

| *Post Date* | *Tran Date* | *Reference Number* | *Transaction Description* | *Amount* |
|---|---|---|---|---|
| 08-09 | 08-09 | 00003100189 | PAYMENT RECEIVED -- THANK YOU | 70.00 CR |
| 08-20 | 08-20 | | PURCHASE *FINANCE CHARGE* | 18.52 |
| 08-20 | 08-20 | | CASH * FINANCE CHARGE * | 53.75 |

**For Customer Service, Call:**

1-866-756-7870

or

1-706-644-0854

**Send Billing Inquiries to:**

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

**Account Number**

4988-8200-0736-7542

| *Statement Date* | *Payment Due Date* |
|---|---|
| AUG 20, 2007 | SEP 13, 2007 |
| ***Credit Limit*** | ***Available Credit*** |
| $5,000 | $238.81 |
| ***Amount Due*** | ***Disputed Amount*** |
| $177.00 | $0.00 |

**Account Summary**

| | |
|---|---|
| Previous Balance | $2,028.49 |
| Purchases & Other Charges | $511.67 |
| Cash Advances | $2,118.50 |
| Cash Advance Fees | $100.26 |
| Late Charge | $0.00 |
| Finance Charges | $72.27 |
| Credits | $0.00 |
| Payments | $70.00 |
| New Balance | $4,761.19 |



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 12 of 20

| Statement Date | AUG 20, 2007 | Payment Due Date | SEP 13, 2007 |
|---|---|---|---|
| Credit Limit | $5,000 | Amount Due | $177.00 |
| Cash Advance Balance | $0.00 | New Balance | $4,761.19 |
| Available Credit | $238.81 | | |

**RAINBOW WORKS**

4988-8200-0736-7542

CARDHOLDER ACTIVITY

| ***PAUL A CHRISTENSEN*** | ***PURCHASES*** | ***CASH ADVANCES*** | ***CREDITS*** | ***TOTAL ACTIVITY*** |
|---|---|---|---|---|
| 4988-8200-0736-7559 | $611.93 | $2,118.50 | $0.00 | $2,730.43 |

| ***Post Date*** | ***Tran Date*** | ***Reference Number*** | ***Transaction Description*** | ***Amount*** |
|---|---|---|---|---|
| 07-23 | 07-21 | 72701587202634181683748 | WASHINGTON STA/4202 E SPRSPOKANE WA | 120.50 |
| 07-23 | 07-23 | 72701587202634181683748 | CASH ADVANCE FEE | 10.00 |
| 07-23 | 07-21 | 24388947203670341631090 | WARPATH TRADING POST PLUMMER ID | 46.54 |
| 07-23 | 07-21 | 24625127203471655768947 | CHEVRON 00201006 SAGLE ID | 28.00 |
| | | | SRV:S PRTP:1 TYPE:07 UNIT:3.1490 UMSRE:G QTY:8.8920 GRSS:28.00 VTX:0000 LSTX:3.94 TIME:0:00 BANKNET:087203058 | |
| | | | MRCHNT:000000020100600 NETFP:28.00 GNFP:0.00 | |
| | | | MISCELLANEOUS FUEL TAX 3.94 | |
| | | | MISCELLANEOUS NON-FUEL TAX 0.00 | |
| | | | FEDERAL EXCISE NON-FUEL TAX 0.00 | |
| | | | FEDERAL EXCISE FUEL TAX 0.00 | |
| | | | STATE MOTOR FUEL TAX 0.00 | |
| | | | COUNTY FUEL SALES TAX 0.00 | |
| | | | NON-FUEL STATE AND LOCAL SALES TAX 0.00 | |
| | | | COUNTY MOTOR FUEL TAX 0.00 | |
| | | | CITY SALES FUEL TAX 0.00 | |
| | | | CITY MOTOR FUEL TAX 0.00 | |
| | | | SECONDARY STATE FUEL TAX 0.00 | |
| | | | FEDERAL SALES TAX 0.00 | |
| 07-24 | 07-23 | 24761977204273198010030 | LEATHER FACTORY 09 5093289939 WA | 85.17 |
| | | | ORD:070723 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000 | |
| 07-25 | 07-24 | 72713687205631172251981 | BANK OF AMERIC/*E 8505 SPSPOKANE WA | 342.00 |
| 07-25 | 07-25 | 72713687205631172251981 | CASH ADVANCE FEE | 10.26 |
| 07-27 | 07-26 | 24625127207471690152772 | CHEVRON 00204366 SPOKANE WA | 37.01 |
| | | | SRV:S PRTP:1 TYPE:04 UNIT:3.1790 UMSRE:G QTY:11.6430 GRSS:37.01 VTX:0000 LSTX:6.33 TIME:0:00 BANKNET:087207581 | |
| | | | MRCHNT:000000020436600 NETFP:37.01 GNFP:0.00 | |
| | | | MISCELLANEOUS FUEL TAX 6.33 | |
| | | | MISCELLANEOUS NON-FUEL TAX 0.00 | |
| | | | FEDERAL EXCISE NON-FUEL TAX 0.00 | |
| | | | FEDERAL EXCISE FUEL TAX 0.00 | |
| | | | STATE MOTOR FUEL TAX 0.00 | |
| | | | COUNTY FUEL SALES TAX 0.00 | |
| | | | NON-FUEL STATE AND LOCAL SALES TAX 0.00 | |
| | | | COUNTY MOTOR FUEL TAX 0.00 | |
| | | | CITY SALES FUEL TAX 0.00 | |
| | | | CITY MOTOR FUEL TAX 0.00 | |
| | | | SECONDARY STATE FUEL TAX 0.00 | |
| | | | FEDERAL SALES TAX 0.00 | |
| 07-30 | 07-27 | 72713687208631153827319 | BANK OF AMERIC/*N 2716 ARSPOKANE WA | 122.00 |
| 07-30 | 07-30 | 72713687208631153827319 | CASH ADVANCE FEE | 10.00 |
| 08-01 | 07-31 | 72713687212631154495367 | BANK OF AMERIC/*N 2716 ARSPOKANE WA | 303.00 |
| 08-01 | 08-01 | 72713687212631154495367 | CASH ADVANCE FEE | 10.00 |
| 08-03 | 08-01 | 24610437214010182896180 | THE HOME DEPOT 4714 SPOKANE WA | 26.68 |
| | | | INV: OZIP: DZIP: SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:2.11 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000 | |
| 08-06 | 08-03 | 24625127215471762074359 | CHEVRON 00207913 SPOKANE WA | 34.03 |
| | | | SRV:S PRTP:1 TYPE:04 UNIT:3.1890 UMSRE:G QTY:10.6710 GRSS:34.03 VTX:0000 LSTX:5.80 TIME:0:00 BANKNET:007215564 | |
| | | | MRCHNT:000000020791300 NETFP:34.03 GNFP:0.00 | |
| | | | MISCELLANEOUS FUEL TAX 5.80 | |
| | | | MISCELLANEOUS NON-FUEL TAX 0.00 | |

| | | | |
|---|---|---|---|
| Statement Date | AUG 20, 2007 | Payment Due Date | SEP 13, 2007 |
| Credit Limit | $5,000 | Amount Due | $177.00 |
| Cash Advance Balance | $0.00 | New Balance | $4,761.19 |
| Available Credit | $238.81 | | |

**RAINBOW WORKS**

4988-8200-0736-7542

## CARDHOLDER ACTIVITY

FEDERAL EXCISE NON-FUEL TAX 0.00
FEDERAL EXCISE FUEL TAX 0.00
STATE MOTOR FUEL TAX 0.00
COUNTY FUEL SALES TAX 0.00
NON-FUEL STATE AND LOCAL SALES TAX 0.00
COUNTY MOTOR FUEL TAX 0.00
CITY SALES FUEL TAX 0.00
CITY MOTOR FUEL TAX 0.00
SECONDARY STATE FUEL TAX 0.00
FEDERAL SALES TAX 0.00

| | | | | |
|---|---|---|---|---|
| 08-06 | 08-04 | 74088537216547744743700 | U.S. BANK/US BANK SPRAGUESPOKANE WA | 302.00 |
| 08-06 | 08-06 | 74088537216547744743700 | CASH ADVANCE FEE | 10.00 |
| 08-06 | 08-04 | 24164077217292011760115 | SAFEWAY FUEL 10017994 SPOKANE WA | 27.00 |
| 08-09 | 08-08 | 72701587220634212401365 | WASHINGTON STA/4202 E SPRSPOKANE WA | 120.50 |
| 08-09 | 08-09 | 72701587220634212401365 | CASH ADVANCE FEE | 10.00 |
| 08-10 | 08-09 | 24761977221273213010014 | LEATHER FACTORY 09 5093289939 WA | 194.24 |

ORD:070809 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000

| | | | | |
|---|---|---|---|---|
| 08-13 | 08-10 | 74088537222547642783677 | U.S. BANK/US BANK SPRAGUESPOKANE WA | 302.00 |
| 08-13 | 08-13 | 74088537222547642783677 | CASH ADVANCE FEE | 10.00 |
| 08-13 | 08-11 | 24625127224471839227351 | CHEVRON 00091305 SPOKANE WA | 33.00 |

SRV:S PRTP:1 TYPE:04 UNIT:3.0990 UMSRE:G QTY:10.6480 GRSS:33.00 VTX:0000 LSTX:5.79 TIME:0:00 BANKNET:087223595
MRCHNT:000000009130500 NETFP:33.00 GNFP:0.00
MISCELLANEOUS FUEL TAX 5.79
MISCELLANEOUS NON-FUEL TAX 0.00
FEDERAL EXCISE NON-FUEL TAX 0.00
FEDERAL EXCISE FUEL TAX 0.00
STATE MOTOR FUEL TAX 0.00
COUNTY FUEL SALES TAX 0.00
NON-FUEL STATE AND LOCAL SALES TAX 0.00
COUNTY MOTOR FUEL TAX 0.00
CITY SALES FUEL TAX 0.00
CITY MOTOR FUEL TAX 0.00
SECONDARY STATE FUEL TAX 0.00
FEDERAL SALES TAX 0.00

| | | | | |
|---|---|---|---|---|
| 08-15 | 08-14 | 72713687226631142078741 | BANK OF AMERIC/*E 3009 OLSPOKANE WA | 123.00 |
| 08-15 | 08-15 | 72713687226631142078741 | CASH ADVANCE FEE | 10.00 |
| 08-20 | 08-17 | 74088297229640570467811 | NUMERICA CREDI/303 E. LYOSPOKANE WA | 301.50 |
| 08-20 | 08-20 | 74088297229640570467811 | CASH ADVANCE FEE | 10.00 |
| 08-20 | 08-19 | 74088577231651513005726 | BANNER BANK/3919 NORTH MASPOKANE WA | 82.00 |
| 08-20 | 08-20 | 74088577231651513005726 | CASH ADVANCE FEE | 10.00 |

FIRST EQUITY

| | |
|---|---|
| **Account Number** | 4988-8200-0736-7542 |
| **Payment Due Date** | OCT 15, 2007 |
| **Amount Due** | $165.00 |
| **Current Balance** | $5,080.88 |

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

Amount Enclosed $

FIRST EQUITY CARD CORP
PO BOX 23029
COLUMBUS GA 31902-3029

RAINBOW WORKS
2512 E SOUTH RIVERTON AVE APT 8
SPOKANE WA 99207-548508

000000

4988820007367542 000165001 005080887

Please detach and return with your payment

## CARDHOLDER NEW ACTIVITY SUMMARY

| | Purchases and Other Debits | Cash Advances | Credits | Total Activity |
|---|---|---|---|---|
| **PAUL A CHRISTENSEN**<br>4988-8200-0736-7559<br>Credit Limit $5,000 | $194.08 | $163.50 | $0.00 | $357.58 |

## FINANCE CHARGE SUMMARY

| | Average Daily Balance | Annual Percentage Rate | Corresponding Daily Periodic Rate | Periodic Finance Charge |
|---|---|---|---|---|
| PURCHASES | $1,180.31 | 22.67% | 0.0630% | $23.05 |
| CASH ADVANCES | $3,676.07 | 24.67% | 0.0685% | $78.06 |

MARKETING MESSAGES

## CORPORATE ACCOUNT ACTIVITY

***RAINBOW WORKS***
4988-8200-0736-7542

***TOTAL CORPORATE ACTIVITY***
$37.89CR

| *Post Date* | *Tran Date* | *Reference Number* | *Transaction Description* | *Amount* |
|---|---|---|---|---|
| 09-10 | 09-10 | 00000700095 | PAYMENT RECEIVED -- THANK YOU | 178.00 CR |
| 09-20 | 09-20 | | PURCHASE *FINANCE CHARGE* | 23.05 |
| 09-20 | 09-20 | | CASH * FINANCE CHARGE * | 78.06 |
| 09-20 | 09-20 | | OVERLIMIT FEE | 39.00 |

**For Customer Service, Call:**

1-866-756-7870

or

1-706-644-0854

**Send Billing Inquiries to:**

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

**Account Number**

4988-8200-0736-7542

| *Statement Date* | *Payment Due Date* |
|---|---|
| SEP 20, 2007 | OCT 15, 2007 |
| ***Credit Limit*** | ***Available Credit*** |
| $5,000 | $0.00 |
| ***Amount Due*** | ***Disputed Amount*** |
| $165.00 | $0.00 |

**Account Summary**

| | |
|---|---|
| Previous Balance | $4,761.19 |
| Purchases & Other Charges | $213.08 |
| Cash Advances | $163.50 |
| Cash Advance Fees | $20.00 |
| Late Charge | $0.00 |
| Finance Charges | $101.11 |
| Credits | $0.00 |
| Payments | $178.00 |
| New Balance | $5,080.88 |



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 15 of 20

| | | | |
|---|---|---|---|
| Statement Date | SEP 20, 2007 | Payment Due Date | OCT 15, 2007 |
| Credit Limit | $5,000 | Amount Due | $165.00 |
| Cash Advance Balance | $0.00 | New Balance | $5,080.88 |
| Available Credit | $0.00 | | |

**RAINBOW WORKS**

4988-8200-0736-7542

CARDHOLDER ACTIVITY

| ***PAUL A CHRISTENSEN*** | ***PURCHASES*** | ***CASH ADVANCES*** | ***CREDITS*** | ***TOTAL ACTIVITY*** |
|---|---|---|---|---|
| 4988-8200-0736-7559 | $194.08 | $163.50 | $0.00 | $357.58 |

| ***Post Date*** | ***Tran Date*** | ***Reference Number*** | ***Transaction Description*** | ***Amount*** |
|---|---|---|---|---|
| 09-06 | 09-05 | 72713687248631161870378 | BANK OF AMERIC/*N 2716 ARSPOKANE WA | 103.00 |
| 09-06 | 09-06 | 72713687248631161870378 | CASH ADVANCE FEE | 10.00 |
| 09-07 | 09-06 | 72701587249634183692858 | WASHINGTON STA/4202 E SPRSPOKANE WA | 60.50 |
| 09-07 | 09-07 | 72701587249634183692858 | CASH ADVANCE FEE | 10.00 |
| 09-14 | 09-13 | 24625127256472114626128 | CHEVRON 00091305 SPOKANE WA | 10.00 |

SRV:S PRTP:1 TYPE:04 UNIT:3.0990 UMSRE:G QTY:3.2280 GRSS:10.00 VTX:0000 LSTX:1.75 TIME:0:00 BANKNET:167256592
MRCHNT:000000009130500 NETFP:10.00 GNFP:0.00
MISCELLANEOUS FUEL TAX 1.75
MISCELLANEOUS NON-FUEL TAX 0.00
FEDERAL EXCISE NON-FUEL TAX 0.00
FEDERAL EXCISE FUEL TAX 0.00
STATE MOTOR FUEL TAX 0.00
COUNTY FUEL SALES TAX 0.00
NON-FUEL STATE AND LOCAL SALES TAX 0.00
COUNTY MOTOR FUEL TAX 0.00
CITY SALES FUEL TAX 0.00
CITY MOTOR FUEL TAX 0.00
SECONDARY STATE FUEL TAX 0.00
FEDERAL SALES TAX 0.00

| | | | | |
|---|---|---|---|---|
| 09-19 | 09-18 | 24761977261273602010022 | LEATHER FACTORY 05 5592915533 CA | 99.83 |

ORD:070918 INV: OZIP:93727-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000

| | | | | |
|---|---|---|---|---|
| 09-19 | 09-18 | 24761977261273246010016 | LEATHER FACTORY 09 5093289939 WA | 51.25 |

ORD:070918 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000

| | | | | |
|---|---|---|---|---|
| 09-20 | 09-19 | 24761977262273247010014 | LEATHER FACTORY 09 5093289939 WA | 13.00 |

ORD:070919 INV: OZIP:99201-0000 DZIP: DCTC:USA SHP:0.00 DUTY:0.00 ADIS:0.00 LTX:0.00 NTX:0.00 OTX:0.00 SVATAX:0.00 SVATR:000

FIRST EQUITY

| | |
|---|---|
| **Account Number** | 4988-8200-0736-7542 |
| **Payment Due Date** | NOV 11, 2007 |
| **Amount Due** | $147.00 |
| **Current Balance** | $5,053.10 |

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

FIRST EQUITY CARD CORP
PO BOX 23029
COLUMBUS GA 31902-3029

Amount Enclosed $ .

RAINBOW WORKS
2512 E SOUTH RIVERTON AVE APT 8
SPOKANE WA 99207-548508

000000

4988820007367542 000147004 005053103

Please detach and return with your payment

## FINANCE CHARGE SUMMARY

| | Average Daily Balance | Annual Percentage Rate | Corresponding Daily Periodic Rate | Periodic Finance Charge |
|---|---|---|---|---|
| PURCHASES | $1,360.53 | 22.82% | 0.0634% | $25.88 |
| CASH ADVANCES | $3,736.31 | 24.82% | 0.0690% | $77.34 |

## MARKETING MESSAGES

-

## CORPORATE ACCOUNT ACTIVITY

***RAINBOW WORKS***
4988-8200-0736-7542

***TOTAL CORPORATE ACTIVITY***
$27.78CR

| *Post Date* | *Tran Date* | *Reference Number* | *Transaction Description* | *Amount* |
|---|---|---|---|---|
| 10-15 | 10-15 | 00006000239 | PAYMENT RECEIVED -- THANK YOU | 170.00 CR |
| 10-19 | 10-19 | | PURCHASE *FINANCE CHARGE* | 25.88 |
| 10-19 | 10-19 | | CASH * FINANCE CHARGE * | 77.34 |
| 10-19 | 10-19 | | OVERLIMIT FEE | 39.00 |

**For Customer Service, Call:**

1-866-756-7870

or

1-706-644-0854

**Send Billing Inquiries to:**

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS GA 31901-4075

**Account Number**

4988-8200-0736-7542

| *Statement Date* | *Payment Due Date* |
|---|---|
| OCT 20, 2007 | NOV 11, 2007 |
| ***Credit Limit*** | ***Available Credit*** |
| $5,000 | $0.00 |
| ***Amount Due*** | ***Disputed Amount*** |
| $147.00 | $0.00 |

**Account Summary**

| | |
|---|---|
| Previous Balance | $5,080.88 |
| Purchases & Other Charges | $39.00 |
| Cash Advances | $0.00 |
| Cash Advance Fees | $0.00 |
| Late Charge | $0.00 |
| Finance Charges | $103.22 |
| Credits | $0.00 |
| Payments | $170.00 |
| New Balance | $5,053.10 |



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 17 of 20

FIRST EQUITY

FIRST EQUITY CARD CORP
PO BOX 23029
COLUMBUS , GA 31902-3029

| | |
|---|---|
| Account Number | 4988 8200 0736 7542 |
| Payment Due Date | DEC 11, 2007 |
| Amount Due | $111.00 |
| Current Balance | $5,011.76 |

RAINBOW WORKS
2512 E SOUTH RIVERTON AVE APT 8 **0000000
SPOKANE , WA 99207-548508

Amount Enclosed $

4988820007367542 000111006 005011765

Please detach and return with your payment

*Account Summary*

| | | |
|---|---|---|
| Total Credit Limit | $ | 5,000.00 |
| Total Credit Available | $ | .00 |
| Total Limit Available for cash | $ | .00 |
| Days in Billing Cycle | | 31 |
| Statement Payment Due Date | | 12/11/2007 |
| Minimum Payment Due | $ | 111.00 |
| Disputed Amount | $ | .00 |

**Balance Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 5,053.10 |
| (+) Purchases & Cash Advances | $ | .00 |
| (+) Finance Charge | $ | 105.66 |
| (+) Miscellaneous Fees | $ | .00 |
| (-) Payments | $ | 147.00 |
| (-) Credits | $ | .00 |
| (=) Statement Balance as of 11/20/2007 | $ | 5,011.76 |

CUSTOMER SERVICE
1-866-756-7870
ACCOUNT INQUIRIES
P.O. BOX 84075
COLUMBUS GA 31901-4075

PAYMENT ADDRESS
PO BOX 23029
COLUMBUS GA 319023029

**Finance Charge Summary**

| | | Average Daily Balance | Interest Spread | Annual Percentage Rate | Corresponding Daily Periodic Rate | | Periodic Finance Charge |
|---|---|---|---|---|---|---|---|
| PURCHASES | $ | 1,325.01 | 17.00000 % | 22.82% | 0.0634% | $ | 26.04 |
| CASH ADVANCES | $ | 3,722.48 | 19.00000 % | 24.82% | 0.0690% | $ | 79.62 |

CARDHOLDER ACTIVITY

| Post Date | Trans. Date | Ref No. | Description | Amount CR=Credit |
|---|---|---|---|---|
| 11-09 | 11-09 | 00000200281 | PAYMENT RECEIVED -- THANK YOU | 147.00 CR |
| 11-20 | 11-20 | | PURCHASE *FINANCE CHARGE* | 26.04 |
| 11-20 | 11-20 | | CASH * FINANCE CHARGE * | 79.62 |
| RAINBOW WORKS | | | 4988-8200-0736-7542 Total Transactions | 41.34 CR |

Page 1 of 1

RAINBOW WORKS 3711

2512 E SOUTH RIVERTON AVE APT 8 64-60/611
SPOKANE , WA 99207-548508

*Date* ____________________

Pay to the order of ______________________________ $ [ ]

______________________________________________ *Dollars*

Payable thru Columbus Bank & Trust
Columbus, GA 31902

FIRST EQUITY

For ____________________ ____________________

498 998984 209992062736502 93

FIRST EQUITY

FIRST EQUITY CARD CORP
PO BOX 23029
COLUMBUS , GA 31902-3029

| | |
|---|---|
| Account Number | 4988 8200 0736 7542 |
| Payment Due Date | JAN 10, 2008 |
| Amount Due | $128.00 |
| Current Balance | $5,006.17 |

RAINBOW WORKS
2512 E SOUTH RIVERTON AVE APT 8 **0000000
SPOKANE , WA 99207-548508

Amount Enclosed $ .

4988820007367542 000128007 005005175

Please detach and return with your payment

***Account Summary***

| | | |
|---|---|---|
| Total Credit Limit | $ | 5,000.00 |
| Total Credit Available | $ | .00 |
| Total Limit Available for cash | $ | .00 |
| Days in Billing Cycle | | 30 |
| Statement Payment Due Date | | 01/10/2008 |
| Minimum Payment Due | $ | 128.00 |
| Disputed Amount | $ | .00 |

**Balance Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 5,011.76 |
| (+) Purchases & Cash Advances | $ | .00 |
| (+) Finance Charge | $ | 123.41 |
| (+) Miscellaneous Fees | $ | .00 |
| (-) Payments | $ | 130.00 |
| (-) Credits | $ | .00 |
| (=) Statement Balance as of 12/20/2007 | $ | 5,006.17 |

**CUSTOMER SERVICE**
1-866-756-7870
**ACCOUNT INQUIRIES**
P.O. BOX 84075
COLUMBUS GA 31901-4075

PAYMENT ADDRESS
PO BOX 23029
COLUMBUS GA 319023029

**Finance Charge Summary**

| | | Average Daily Balance | Interest Spread | Annual Percentage Rate | Corresponding Daily Periodic Rate | | Periodic Finance Charge |
|---|---|---|---|---|---|---|---|
| PURCHASES | $ | 1,291.81 | 22.17000 % | 27.99% | 0.0778% | $ | 30.15 |
| CASH ADVANCES | $ | 3,732.03 | 24.17000 % | 29.99% | 0.0833% | $ | 93.26 |

CARDHOLDER ACTIVITY

| Post Date | Trans. Date | Ref No. | Description | Amount CR=Credit |
|---|---|---|---|---|
| 12-10 | 12-10 | 00000600397 | PAYMENT RECEIVED -- THANK YOU | 130.00 CR |
| 12-20 | 12-20 | | PURCHASE *FINANCE CHARGE* | 30.15 |
| 12-20 | 12-20 | | CASH * FINANCE CHARGE * | 93.26 |

RAINBOW WORKS 4988-8200-0736-7542 Total Transactions 6.59 CR



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 19 of 20

FIRST EQUITY

FIRST EQUITY CARD CORP
PO BOX 23029
COLUMBUS , GA 31902-3029

| | |
|---|---|
| Account Number | 4988 8200 0736 7542 |
| Payment Due Date | FEB 10, 2008 |
| Amount Due | $210.00 |
| Current Balance | $5,209.89 |

RAINBOW WORKS
2512 E SOUTH RIVERTON AVE APT 8 **0000000
SPOKANE , WA 99207-548508

Amount Enclosed $ .

4988820007367542 000210006 005209892

Please detach and return with your payment

## ACCOUNT MESSAGES

Have we missed your payment? As of your statement date we have not received your last payment.
Please make payment of $ 210.00 immediately to return your your account to good standing.

***Account Summary***

| | | |
|---|---|---|
| Total Credit Limit | $ | 5,000.00 |
| Total Credit Available | $ | .00 |
| Total Limit Available for cash | $ | .00 |
| Days in Billing Cycle | | 31 |
| Statement Payment Due Date | | 02/10/2008 |
| Minimum Payment Due | $ | 210.00 |
| Disputed Amount | $ | .00 |

**Balance Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 5,005.17 |
| (+) Purchases & Cash Advances | $ | .00 |
| (+) Finance Charge | $ | 126.72 |
| (+) Miscellaneous Fees | $ | 39.00 |
| (-) Payments | $ | .00 |
| (-) Credits | $ | .00 |
| (=) Statement Balance as of 01/20/2008 | $ | 5,209.89 |

CUSTOMER SERVICE
1-888-756-7870
ACCOUNT INQUIRIES
P.O. BOX 84075
COLUMBUS GA 31901-4075

PAYMENT ADDRESS
PO BOX 23029
COLUMBUS GA 319023029

**Finance Charge Summary**

| | | Average Daily Balance | Interest Spread | Annual Percentage Rate | Corresponding Daily Periodic Rate | | Periodic Finance Charge |
|---|---|---|---|---|---|---|---|
| PURCHASES | $ | 1,302.75 | 22.17000 % | 27.49% | 0.0764% | $ | 30.85 |
| CASH ADVANCES | $ | 3,775.94 | 24.17000 % | 29.49% | 0.0819% | $ | 95.87 |

CARDHOLDER ACTIVITY

| Post Date | Trans. Date | Ref No. | Description | Amount CR=Credit |
|---|---|---|---|---|
| 01-11 | 01-11 | | LATE PAYMENT FEE | 39.00 |
| 01-18 | 01-18 | | PURCHASE *FINANCE CHARGE* | 30.85 |
| 01-18 | 01-18 | | CASH * FINANCE CHARGE * | 95.87 |
| 01-18 | 01-18 | | OVERLIMIT FEE | 39.00 |
| RAINBOW WORKS | | | 4988-8200-0736-7542 Total Transactions | 204.72 |



08-80052-PCW Doc 1 Filed 04/28/08 Entered 04/28/08 15:04:27 Pg 20 of 20